UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MAUREEN RENEE BEIHN | § | |
| | § | |
| | § | CIVIL ACTION NO. _____ |
| v. | § | JURY DEMANDED |
| | § | |
| | § | |
| MICHAEL ALLRED | § | |

### DEFENDANT MICHAEL ALLRED'S NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, Michael Allred ("Allred"), files this notice of removal of this civil action to the United States District Court for the Southern District of Texas, McAllen Division. In support of this notice of removal, Allred respectfully shows as follows:

1. On February 8, 2017, Plaintiff Maureen Renee Beihn filed her Original Petition in Cause No. C-0601-17-A; *Maureen Renee Beihn v. Michael Allred;* in the 92nd Judicial District Court of Hidalgo County, Texas, naming Allred as a defendant. Allred was served with the citation and a copy of Plaintiff's Original Petition on or about April 5, 2017. This notice of removal is timely under 28 U.S.C. §1446(b).

2. True and correct copies of all documents filed in the state court proceeding are attached to this notice of removal, and incorporated by reference. Attached hereto as Exhibit A to this notice is an index of documents filed in the state court proceeding. Attached hereto as Exhibit B is a list of all counsel of record.

3. This case is removable under 28 U.S.C. § 1441, and the Court has original jurisdiction over this matter, because this suit involves a controversy between citizens of different states and

the amount in controversy, exclusive of interests and costs, exceeds $75,000.00. *See* 28 U.S.C. §§ 1332 and 1441.

4. There is complete diversity between the parties. At the time of the filing of this action, and at the time of removal, Plaintiff was and is a citizen of the State of Texas. Defendant Allred was and is a citizen of the State of Arkansas.

5. The matter or amount in controversy in this suit exceeds the sum of $75,000.00, exclusive of interest and costs. In her Original Petition, Plaintiff seeks recovery of "monetary relief over $1,000,000. *See* paragraph 17 of Plaintiff's Original Petition, included in Exhibit A.

6. Plaintiff has asked for and alleged the following damages:

    (a) Physical pain and mental anguish in the past and future;

    (b) Physical impairment in the past and future;

    (c) Medical expenses in the past and future;

    (d) Loss of earning capacity in the past and future; and

    (e) Property damage.

*See* Plaintiff's Original Petition, paragraph 15.

7. Defendant will provide this Notice of Removal to Plaintiff by service of a copy upon her counsel of record, in accordance with 28 U.S.C. §1446(d). Further, a copy of this Notice of Removal will be filed with the District Clerk of Hidalgo County, Texas in accordance with 28 U.S.C. §1446(d).

8. Removal of this action is proper under 28 U.S.C. § 1441, since it is a civil action brought in a state court, and the federal district courts have original jurisdiction over the subject matter under 28 U.S.C. §§ 1332 because the Plaintiff and Defendant are diverse in citizenship. Therefore, Michael Allred prays that this cause be removed from the 92nd Judicial District of

Hidalgo County, Texas to this Court, and for all other relief to which Defendant may be entitled, at law and in equity.

        Respectfully submitted,

        ROBERTS MARKEL WEINBERG BUTLER HAILEY PC

        */s/ Rick V. Anderson*
        RICK V. ANDERSON
        TBA No. 24059047
        GREGG S. WEINBERG
        TBA No. 21084150
        2800 Post Oak Boulevard, 57th Floor
        Houston, TX 77056
        Ph (713) 840-1666
        Fax (713) 840-9404
        randerson@rmwbhlaw.com
        gweinberg@rmwbhlaw.com

        ATTORNEYS FOR DEFENDANT,
        MICHAEL ALLRED

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to Tex. R. Civ. P. 21a, a true and correct copy of the foregoing instrument was served upon the parties listed below by fax, delivery service, messenger, mail, and/or through the serving party's electronic filing service provider, this 3rd day of May, 2017.

***Via Electronic Service***
Lane Diamond
Herrman & Herrman
The Herrman Building
1201 Third Street
Corpus Chirsti, TX 78404

        */s/ Rick V. Anderson*
        Rick V. Anderson

## **EXHIBIT A**

1. 02/08/2017   Plaintiff's Original Petition with Request for Disclosure, Interrogatories, Request for Production, and Request for Admissions

2. 02/13/2017   Citation Service

3. 04/28/2017   Defendant's Original Answer

**EXHIBIT B**

**Attorneys for Plaintiff, Maureen Renee Beihn**
Lane Diamond
State Bar No.: 24032008
Herrman & Herrman
The Herrman Building
1201 Third Street
Corpus Christi, TX 78404
(361) 882-4357
(361) 883-7957 – fax
litigation@herrmanandherrman.com

**Attorneys for Defendant, Michael Allred**
Rick V. Anderson
State Bar No.: 24059047
Gregg S. Weinberg
State Bar No.: 21084150
Roberts Markel Weinberg Butler Hailey, PC
2800 Post Oak Boulevard, 57th Floor
Houston, TX 77056
(713) 840-1666
(713) 840-9404 – fax
randerson@rmwbhlaw.com
gweinberg@rmwbhlaw.com