UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MAUREEN RENEE BEIHN, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:17-CV-169 |
| § | |
| MICHAEL ALLRED, § | |
| § | |
| Defendant. § | |

## ORDER

Came on to be considered this Joint Stipulation of Dismissal with Prejudice (the Motion") as to all claims asserted by Plaintiff, Maureen Renee Beihn ("Plaintiff") against Defendant Michael Allred. The Court, after considering the Motion, is of the opinion that the Motion is good and should be and hereby is GRANTED. It is therefore,

ORDERED, ADJUDGED, and DECREED that all claims and causes of action are hereby dismissed with prejudice. All relief not specifically granted herein is DENIED. This Order disposes of all claims. This is a final Order.

All costs and attorneys' fees are taxed against the party incurring same.

SO ORDERED this 13th day of February, 2018, at McAllen, Texas.

_____
Randy Crane
United States District Judge